Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CECILIA TOLENTINO, et al., <br><br> Defendant. | CASE NO. 1:10-cv-02089-LJO-SKO <br><br> PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE AND ORDER |

     Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order continuing the Initial Scheduling Conference in this action, presently set for Tuesday, February 15, 2011 at 9:45 A.M. to a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that Plaintiff's counsel has recently perfected service on defendant Cecilia Tolentino on January 14, 2011. A true and correct copy of the Proof of Service has been filed with this Honorable Court as docket entry 5.

///

///

///

///

///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
INITIAL SCHEDULING CONFERENCE; AND ORDER (Proposed)
CASE NO. «CaseNo»
PAGE 1

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference presently scheduled for Tuesday, February 15, 2011 to a new date approximately thirty (30) to forty-five (45) days forward.

Respectfully submitted,

Dated: February 7, 2011  */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

### ORDER

It is hereby ordered that the Initial Scheduling Conference in *J & J Sports Productions, Inc. v. Cecilia Tolentino, et al.*, 1:10-cv-02089-LJO-SKO, is hereby continued from Tuesday, February 15, 2011, at 9:45 a.m. to March 29, 2011, at 9:30 a.m.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a certificate of service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:  **February 7, 2011**           **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE