# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:10-cv-02089-LJO-SKO |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST FOR SUBSTITUTION OF ATTORNEY** |
| v. | (Docket No. 32) |
| CECILIA TOLENTINO dba D'GOURMET FILIPINO CUISINE, | **ORDER DENYING AS MOOT DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW** |
| Defendant. | (Docket No. 29) |
| _____ / | |

On February 23, 2012, Plaintiff's counsel, Mr. Daniel R. Richardson, Esq., filed a motion to withdraw as counsel of record for Defendant Cecilia Tolentino. (Doc. 29.) This motion was set for hearing on April 4, 2012. On March 16, 2012, Defendant filed a notice of substitution of attorney indicating that Mr. Matthew Pare, Esq., agreed to be substituted as counsel of record for Defendant in place of Mr. Daniel Richardson, effectively mooting Mr. Richardson's motion to withdraw. (Doc. 32.)

Accordingly, the Court HEREBY ORDERS that:

1. Mr. Richardson's motion to withdraw as Defendant's attorney of record is DENIED as moot; and

2. Mr. Matthew Pare is substituted as Defendant's attorney of record in place of Mr. Richardson.

IT IS SO ORDERED.

Dated: __March 20, 2012__      /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE