# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CECILIA TOLENTINO dba D'GOURMET FILIPINO CUISINE,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:10-cv-02089-LJO-SKO<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR SUBSTITUTION OF ATTORNEY**<br><br>(Docket No. 32)<br><br>**ORDER DENYING AS MOOT DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW**<br><br>(Docket No. 29) |

　　On February 23, 2012, Plaintiff's counsel, Mr. Daniel R. Richardson, Esq., filed a motion to withdraw as counsel of record for Defendant Cecilia Tolentino. (Doc. 29.) This motion was set for hearing on April 4, 2012. On March 16, 2012, Defendant filed a notice of substitution of attorney indicating that Mr. Matthew Pare, Esq., agreed to be substituted as counsel of record for Defendant in place of Mr. Daniel Richardson, effectively mooting Mr. Richardson's motion to withdraw. (Doc. 32.)

　　Accordingly, the Court HEREBY ORDERS that:

　　1.　Mr. Richardson's motion to withdraw as Defendant's attorney of record is DENIED as moot; and

　　2.　Mr. Matthew Pare is substituted as Defendant's attorney of record in place of Mr. Richardson.

IT IS SO ORDERED.

**Dated:　March 20, 2012**　　　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE