Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Cecilia Tolentino, et al.,<br><br>Defendant. | CASE NO. 1:10-cv-02089-LJO-SKO<br><br>AMENDED STIPULATION OF PLAINTIFF J & J SPORTS PRODUCTIONS, INC. AND DEFENDANT CECILIA TOLENTINO GRANTING PLAINTIFF LEAVE TO AMEND PLAINTIFF'S ORIGINAL COMPLAINT |

**IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. (hereinafter "Plaintiff") and Defendant CECILIA TOLENTINO, individually and d/b/a D' GOURMET FILIPINO CUISINE that Plaintiff be granted leave to amend its original Complaint on file in this action.

This Stipulation in necessary because Plaintiff has agreed to dismiss Defendant Cecilia Tolentino from the instant action, proceed with its claims against different defendant parties, and has prepared and forwarded to defense counsel of record Plaintiff's Amended Complaint to be filed in this action (Please see Exhibit 1) once the Stipulation in approved.

Wherefore the Parties respectfully request this Honorable Court grant the moving parties the relief requested.

Respectfully submitted,

Dated: April 26, 2012          *s/ Thomas P. Riley*
                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                               By:  Thomas P. Riley
                               Attorneys for Plaintiff
                               J & J SPORTS PRODUCTIONS, INC.


Dated: April 26, 2012          *s/ Matthew A. Pare*
                               **LAW OFFICES OF MATTHEW A. PARE**
                               By:  Matthew A. Pare
                               Attorneys for Defendant
                               CECILIA TOLENTINO
                               individually and d/b/a D' GOURMET FILIPINO CUISINE


## ORDER

Pursuant to the parties' stipulation, it is HEREBY ORDERED that **within two (2) days from the date of this order**, Plaintiff shall file an amended complaint that conforms to the proposed amended complaint filed with the parties' stipulation at Docket Number 37.

IT IS SO ORDERED.

Dated:   **May 1, 2012**                    **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

**CASE NO. «CaseNo»**
**PAGE 2**