**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.,**<br><br>                          **Plaintiff,**<br><br>                   vs.<br><br>**Cecilia Tolentino, et al.,**<br><br>                          **Defendant.** | CASE NO. 1:10-cv-02089-LJO-SKO<br><br>**AMENDED STIPULATION OF PLAINTIFF J & J SPORTS PRODUCTIONS, INC. AND DEFENDANT CECILIA TOLENTINO GRANTING PLAINTIFF LEAVE TO AMEND PLAINTIFF'S ORIGINAL COMPLAINT** |

**IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. (hereinafter "Plaintiff") and Defendant CECILIA TOLENTINO, individually and d/b/a D' GOURMET FILIPINO CUISINE that Plaintiff be granted leave to amend its original Complaint on file in this action.

This Stipulation in necessary because Plaintiff has agreed to dismiss Defendant Cecilia Tolentino from the instant action, proceed with its claims against different defendant parties, and has prepared and forwarded to defense counsel of record Plaintiff's Amended Complaint to be filed in this action (Please see Exhibit 1) once the Stipulation in approved.

Wherefore the Parties respectfully request this Honorable Court grant the moving parties the relief requested.

Respectfully submitted,

Dated: April 26, 2012                *s/ Thomas P. Riley*
                                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                               By: Thomas P. Riley
                                               Attorneys for Plaintiff
                                               J & J SPORTS PRODUCTIONS, INC.

Dated: April 26, 2012                *s/ Matthew A. Pare*
                                               **LAW OFFICES OF MATTHEW A. PARE**
                                               By: Matthew A. Pare
                                               Attorneys for Defendant
                                               CECILIA TOLENTINO
                                               individually and d/b/a D' GOURMET FILIPINO CUISINE

## **ORDER**

Pursuant to the parties' stipulation, it is HEREBY ORDERED that **within two (2) days from the date of this order**, Plaintiff shall file an amended complaint that conforms to the proposed amended complaint filed with the parties' stipulation at Docket Number 37.

IT IS SO ORDERED.

Dated:   **May 1, 2012**                                         **/s/ Sheila K. Oberto**
                                                                           UNITED STATES MAGISTRATE JUDGE