# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:10-cv-2089-LJO-SKO |
| Plaintiff, | **ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO STRIKE JURY DEMAND** |
| v. | |
| GEORGE MOLAYEM, dba Golden State Mall, and GOLDEN STATE MALL, LLC, dba Golden State Mall, | (Docket No. 35) |
| Defendants. | |

On November 9, 2010, Plaintiff J & J Sports Productions, Inc. ("Plaintiff") filed suit against Defendant Cecilia Tolentino ("Defendant"). Defendant answered the complaint and a scheduling order was entered. On April 2, 2012, Plaintiff filed a motion to strike Defendant's jury demand. (Doc. 35.) On April 30, 2012, Plaintiff and Defendant stipulated that Plaintiff be permitted to file an amended complaint, which was approved by the Court. On May 1, 2012, Plaintiff filed a First Amended Complaint ("FAC") that does not contain any claims against Defendant Tolentino, but instead joins new Defendants George Molayem and Golden State Mall, LLC. ( Doc. 39.) In light of the FAC, Plaintiff's motion to strike Defendant Tolentino's jury demand is moot because Defendant Tolentino is no longer a party to the action.

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to strike Defendant
2 Tolentino's jury demand is DENIED as moot.

4 IT IS SO ORDERED.

5 **Dated:   May 2, 2012**                              /s/ Sheila K. Oberto
                                                                       UNITED STATES MAGISTRATE JUDGE