Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Cecilia Tolentino, et al.,<br><br>Defendants. | CASE NO. 1:10-cv-02089-LJO-SKO<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CECILIA TOLENTINO, individually and d/b/a D' GOURMET FILIPINO CUISINE |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant CECILIA TOLENTINO, individually and d/b/a D' GOURMET FILIPINO CUISINE that the above-referenced defendant is hereby dismissed **without prejudice** against CECILIA TOLENTINO, individually and d/b/a D' GOURMET FILIPINO CUISINE.

///

///

///

///

///

///

///

STIPULATION OF DISMISSAL
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: April 6, 2012          *s/ Thomas P. Riley*
                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                              By:  Thomas P. Riley
                              Attorneys for Plaintiff
                              J & J SPORTS PRODUCTIONS, INC.


Dated: April 6, 2012          *s/ Matthew A. Pare*
                              **LAW OFFICES OF MATTHEW A. PARE**
                              By:  Matthew A. Pare
                              Attorneys for Defendant
                              CECILIA TOLENTINO.
                              individually and d/b/a
                              D' GOURMET FILIPINO CUISINE


IT IS SO ORDERED.

   Dated:   **May 3, 2012**                    **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL**
**PAGE 2**